# DRAGONE CLASSIC MOTOR CARS
### 1797 MAIN STREET, BRIDGEPORT, CT 06604
### TEL. (203) 335-4643
### FAX (203) 335-9798

**EXHIBIT A**

**RETAIL PURCHASE ORDER FOR MOTOR VEHICLE**

Date: June 1 '01    Stock No: _____
Salesperson: MD    Delivered on or About: _____

Purchaser's Name: Coburn Benson
Address: P.O. Box 540    City: Limerick    State: Maine    Zip: 040__
Home Phone: 207-793-280_    Business Phone: _____

USED MOTOR VEHICLE: 1906 Locomobile (YEAR & MAKE / MODEL)    Cyl: 4    Body Type: Racecar    Color: _____    Trim: _____
Ident. No.: 1617    D.O.B.: _____    S.S. No.: _____    Driver's License No.: _____

**FILL OUT THIS SECTION IF USED CAR OR TRUCK IS TO BE TRADED IN AS PART PAYMENT AND DO WARRANT THE TITLE THERETO TO BE FREE AND CLEAR EXCEPT FOR THE UNPAID BALANCE AS SHOWN AND TO THE BEST OF MY KNOWLEDGE. I, THE UNDERSIGNED, STATE THAT THE MILEAGE AS SHOWN ON THE ODOMETER THE ACTUAL MILEAGE WHICH THE CAR HAS DRIVEN.**

Make & Year Used: _____    Model: _____
Cyl: _____  Body Type: _____  Color: _____  Title No.: _____
Ident. No.: _____
Allowance $ _____
Balanced Owed $ _____    Net Allowance $ _____
To Whom Owed: _____

☐ NO INSURANCE IS INCLUDED IN THIS ORDER
FOLLOWING SERVICE CONTRACT _____
☐ IS  ☐ IS NOT AVAILABLE AT A COST OF $_____ ON VEHICLE BEING PURCHASED FOR _____ MILES OR _____ MONTHS WHICHEVER OCCURS FIRST. COPY GIVEN PURCHASER.  ☐ PURCHASED  ☐ DID NOT PURCHASE
BUYER'S SIGNATURE: _____
My Ins. Co. is: _____
My Ins. I.D. No. is: _____

**TERMS OF WARRANTY**

☐ THIS MOTOR VEHICLE IS GUARANTEED FOR _____ DAYS OR _____ MILES WHICHEVER COMES FIRST. The dealership will pay 100% of the labor and 100% of the parts for the covered systems repair which renders the vehicle mechanically operational and sound during the warranty period. ALL WORK MUST BE DONE AT THE DEALERSHIP, NO OUTSIDE INVOICE WILL BE HONORED BY THE DEALERSHIP. SIGNATURE _____

☐ "AS IS" THIS VEHICLE IS SOLD "AS IS". THIS MEANS THAT YOU WILL LOSE YOUR IMPLIED WARRANTIES. YOU WILL HAVE TO PAY FOR ANY REPAIRS NEEDED AFTER SALE. IF WE HAVE MADE ANY PROMISES TO YOU, THE LAW SAYS, WE MUST KEEP THEM, EVEN IF WE SELL "AS IS". TO PROTECT YOURSELF, ASK US TO PUT ALL PROMISES INTO SIGNATURE

THIS MOTOR VEHICLE BEING PURCHASED IS A PREVIOUS
☐ RENTAL  ☐ LEASE VEHICLE  ☐ TAXI  ☐ POLICE  ☐ TRADE-IN  ☐ AUCTION  ☐ BUY  ☐ OTHER

The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Buyer's Guide Disclosure

IF YOU AGREE TO ASSIST ME IN OBTAINING FINANCING FOR ANY PART OF THE PURCHASE PRICE, THIS ORDER SHALL NOT BE BINDING UPON YOU OR ME UNTIL ALL OF THE CREDIT TERMS ARE PRESENTED TO ME IN ACCORDANCE WITH REGULATION "Z" (TRUTH-IN-LENDING) AND ARE ACCEPTED BY ME.

---

THE MILEAGE AS SHOWN ON THE ODOMETER OF THE MOTOR VEHICLE TO BE PURCHASED IS: _____

☐ CONSUMER'S WAIVER OF DEFECT, I Accept the particular listed defects on the used motor vehicle being purchased.

Sale to include all Parts and Memorabilia related to car including P. Hannigan drawings

THERE ARE ☐ NO OTHER LISTED DEFECTS    (INIT.)
WRITTEN PROMISES MADE TO CONSUMER
Complete Restoration to buyers Specification

THERE ARE ☐ NO OTHER PROMISES MADE TO ME    (INIT.)

| | |
|---|---|
| CASH PRICE AT SELLER'S PLACE OF BUSINESS: | 2,000,000 |
| VIN ETCH SERVICE (OPTIONAL) ☐ YES ☐ NO (INIT.) | |
| | 100,000.00   Deposit |
| | 500,000 on   June 15 '01 |
| | Balance on Completion |
| CASH PRICE | |
| SERVICE CONTRACT | |
| DEALER CONVEYANCE FEE (THE CONVEYANCE FEE IS NOT PAYABLE TO THE STATE OF CONNECTICUT) | N/A ~~$150.00~~ |
| SALES TAX | Out of State |
| REG. TRANS. TITLE LIEN | None |
| 1. TOTAL CASH PRICE DELIVERED | |
| 2. DEPOSIT SUBMITTED WITH ORDER | 100,000.00 |
| ADDITIONAL DEPOSIT | 500,000 on June 15 |
| NO REFUND OF DEPOSIT | |
| NET TRADE ALLOW | |
| CASH ON DELIVERY | 500,000 N/A |
| TOTAL DOWN PAYMENT | |
| 3. UNPAID BALANCE OF CASH PRICE (1-2) | 1,050,000 |

I have read the terms and conditions on the back hereof and agree to them as a part of this order the same as if they were printed above my signature. The front and back hereof comprise the entire agreement affecting this order and no other agreement or understanding of any nature concerning same has been made or entered into. I hereby acknowledge receipt of a copy of this order, and certify that I am of legal age.

**THIS ORDER IS NOT BINDING UNTIL SIGNED AND ACCEPTED BY DEALER**

Purchaser's Signature: *Coburn B. Benson*
and I have received a copy of this order
Accepted By (Dealer): _____    Authorized Signature: _____    Date: _____
Date: June 1 '01

REORDER FORM # C81 Rev. 03/00

**FINAL PAYMENT CASH OR CERTIFIED CHECK**

* AUTO AD SALES, INC. (203) 878-1241
www.autoadsales.com