#1617

**COBURN B. BENSON**
265 BALLS HILL ST.
CONCORD, MA 01742

53-7049/2113
NO. 110

Date 1 June 2001

Pay to the Order of Foreign Classic Motors Cars   $ 1,000,000.—

One Million xx/100 ———————————————— DOLLARS

**MetroWest Bank**
Framingham, Massachusetts
Member FDIC/DIF

Memo: Part payt of Foxonelle 1906

Coburn B Benson

⑀ 2113 7049 3⑀   79 014912   4⑀ 0110

EXHIBIT B