EXHIBIT C

COBURN B. BENSON
265 BALLS HILL ST.
CONCORD, MA 01742

53-7049/2113

111

Date 6-13-01

Pay to the Order of Dragone Classic Motor Cars   $ 500,000.—

Five hundred Thousand————  DOLLARS

MetroWest Bank
Framingham, Massachusetts
Member FDIC/DIF

Coburn B. Benson

⑆211370493⑆   79 014912 4⑊   0111